UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 13, 2011

MEMO TO COUNSEL RE: Online Resources Corp. v. Autoscribe Corp.
Civil No. JFM-11-1801

Dear Counsel:

      This will confirm, as we discussed during the conference held on December 9, 2011, that I approve the agreed scheduling order you have proposed. A claims construction hearing will be held on October 15, 2012 at 9:30 am. After I issue my claims construction ruling, I will hold another scheduling conference with you to set a schedule concerning expert reports and discovery and dispositive motions briefing. As we discussed, I will not set a trial date (or date for the submission of a pretrial order or a pretrial conference) until after I have ruled upon dispositive motions.

      This will also confirm, as we discussed, that for the present time I will accept the defendant's proposal concerning "education on patents at issue." However, if after reviewing your claims construction briefs I decide that I need further education on the issues, I may request a technology tutorial as proposed by plaintiff.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge